**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1121**

———————

GEORGE KEATON, JR.,

    Plaintiff - Appellant,

  v.

REGINA WOODFORD; ELLEN BULLINGER; ALLSTATE INSURANCE
COMPANY,

    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, District Judge.
(1:09-cv-03485-JFM)

———————

Submitted:  May 20, 2010    Decided:  May 26, 2010

———————

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Keaton, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Keaton, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint with pendent state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Keaton v. Woodford, No. 1:09-cv-03485-JFM (D. Md. Jan. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED